■ TVGA ENGINEERING, SURVEYING, P.C., Respondent, v LAWRENCE J. GALLICK et al., Appellants. (Appeal No. 1.) TVGA

ENGINEERING, SURVEYING, P.C., Appellant-Respondent, v LAW-RENCE J. GALLICK et al., Respondents-Appellants. (Appeal No. 2.) [849 NYS2d 870]—Motion for reargument denied. Present—Scudder, P.J., Martoche, Centra, Green and Pine, JJ.